No. 741. PINK, SUPERINTENDENT OF INSURANCE, *v.* DEMPSEY; and

No. 767. DEMPSEY *v.* PINK, SUPERINTENDENT OF INSURANCE. March 7, 1938. Petitions for writs of certio-

rari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alfred C. Bennett* for Pink. *Messrs. Bruce Fuller* and *S. Wallace Dempsey* for Dempsey. Reported below: 92 F. 2d 572.